# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HINE/KYLE PROPERTIES,
WILLIAM KYLE, AND JOHN
ELDRIDGE HINE

VERSUS

M-I L.L.C. D/B/A M-I
DRILLING FLUIDS L.L.C. D/B/A
M-I SWACO & SCHLUMBERGER
TECHNOLOGY CORPORATION,
HALLIBURTON ENERGY SERVICES,
INC. & THE DOW CHEMICAL
COMPANY

NO.   2019 CW 1350

**MAR 0 3 2020**

---

In Re:   M-I L.L.C.  d/b/a  M-I  SWACO,  Schlumberger  Technology
Corporation,  and  The  Dow  Chemical  Company,  applying
for  supervisory  writs,  16th  Judicial  District  Court,
Parish of St. Mary, No. 129750.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.